IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
CONNECTICUT

| | |
|---|---|
| DEBORAH CARR, BRENDA MOORE, AND MARY ELLEN WILSON, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Case No. 3:22-cv-00988 (MPS) |

## NOTICE

As stated during the Court's August 8, 2022, telephonic conference, Defendant hereby represents that the Centers for Medicare & Medicaid Services ("CMS") will not take any action to enforce 42 C.F.R. § 433.400(c)(2)(i)(B) against Connecticut with respect to Plaintiffs Deborah Carr and Brenda Moore until at least 15 days after the Court resolves the motion for preliminary injunction. CMS informed Connecticut about this via email at 4:17 p.m. CMS plans to follow up with a phone call to confirm receipt.

DATED: August 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Madeline M. McMahon
MADELINE M. MCMAHON
DC Bar No. 1720813
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 451-7722
Fax: (202) 616-8470
madeline.m.mcmahon@usdoj.gov

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2022, a copy of the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/ Madeline M. McMahon*
      MADELINE M. MCMAHON
      DC Bar No. 1720813
      Trial Attorney, U.S. Department of Justice
      Civil Division, Federal Programs Branch
      1100 L Street NW
      Washington, DC 20005
      Telephone: (202) 451-7722
      Fax: (202) 616-8470
      madeline.m.mcmahon@usdoj.gov