Civil- (Dec-2008)

HONORABLE: Omar A. Williams

DEPUTY CLERK: Frances Velez          RPTR/ECRO/TAPE: Catherine Cullen

TOTAL TIME: 5 hours 33 minutes

DATE: 10/26/22   START TIME: 10:11 a.m.   END TIME: 4:27 p.m.

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: 11:58 a.m.   TO: 12:41 p.m.

CIVIL NO. 22-cv-00988

CARR ET AL

vs

BECERRA

Plaintiff's Counsel: Sheldon Toubman; Deborah Dorfman

Defendant's Counsel: Madeline McMahon; Michelle McConaghy

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☑ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: Court confirms that referral to Judge Williams was only as to the named plaintiffs. Counsel may file any additional requests on the docket by the end of the day.