UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH CARR, BRENDA MOORE, MARY ELLEN WILSON, MARY SHAW, and CAROL KATZ, on behalf of themselves and those similarly situated, | |
| Plaintiffs, | Civil Action No. 3:22-cv-988 (MPS) |
| v. | CLASS ACTION REQUESTED |
| XAVIER BECERRA, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | November 15, 2022 |
| Defendant. | |

### NOTICE OF REPORTED EXTENSION OF PUBLIC HEALTH EMERGENCY

Plaintiffs file this notice to advise the Court of reports quoting spokespersons for the Defendant Secretary that he has <u>not</u> given the promised 60 days' advance notice to states[1] that he is terminating the COVID-19 Public Health Emergency ("PHE") in mid-January, as currently scheduled, and therefore that the PHE will be extended again.[2]

On November 7, 2022, the Honorable Omar A. Williams issued his ruling on Plaintiffs' motion for a preliminary injunction ("PI") in this matter as to the five Named Plaintiffs. Ruling

---

[1] *See* Letter from Xavier Becerra, Secretary of Health and Human Services & Chiquita Brooks-LaSure, CMS Administrator to Governor (May 10, 2022), *available at* https://www.medicaid.gov/resources-for-states/downloads/unwinding-gov-ltr-05102022.pdf,

[2] See, e.g., Nathaniel Weixel, U.S. To Keep COVID Public Health Emergency Through January, The Hill, Nov. 14, 2022, https://thehill.com/policy/healthcare/3735058-u-s-to-continue-covid-public-health-emergency-through-january/; Ahmed Aboulenein & Jeff Mason, U.S. COVID public health emergency to stay in place, Reuters, Nov. 11, 2022, https://www.reuters.com/world/us/us-will-renew-covid-19-public-health-emergency-january-2022-11-11/.

Granting PI, (ECF# 77) ("Ruling"). The Court noted therein that, "Under the Public Health Service Act, the duration of the PHE is determined by the Secretary of Health and Human Services, and is extended in approximately 90-day increments. 42 U.S.C. § 247d(a). At present, absent another extension, the PHE will end in January 2023. *See* 'Renewal of Determination that a Public Health Emergency Exists,' available at https://aspr.hhs.gov/legal/PHE/Pages/covid19-13Oct2022.aspx (last visited October 27, 2022)." Ruling at 2 n.3. Since the PHE is extended in 90-day increments, the lack of notice to the states as of Friday, November 11, 2022, effectively means the PHE will be extended until mid-April, subject to possible further extensions.

DATED:  November 15, 2022                    Respectfully Submitted,

*/s/Sheldon V. Toubman*
SHELDON V. TOUBMAN
Fed Bar No. ct08533
Phone: (475)345-3169
E-mail: sheldon.toubman@disrightsct.org
DEBORAH A. DORFMAN (Admitted *Pro Hac Vice*)
CT Juris No. 442946
Phone: (860)469-4463
E-mail: deborah.dorfman@disrightsct.org
Disability Rights Connecticut
846 Wethersfield Avenue
Hartford, CT 06114

CAROL A. WONG (Admitted *Pro Hac Vice*)
DC Bar No. 1035086
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1995
E-mail: cwong@justiceinaging.org
REGAN BAILEY (Admitted *Pro Hac Vice*)
DC Bar No. 465677
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1990
E-mail: rbailey@justiceinaging.org

JANE PERKINS (Admitted *Pro Hac Vice*)
NC Bar No. 9993
CA Bar No. 104784
Email: perkins@healthlaw.org
MIRIAM HEARD (Admitted *Pro Hac Vice*)
NC Bar. No. 39747
Email: heard@healthlaw.org
National Health Law Program
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
Phone: (984) 278-7661

HARVEY L. REITER (Admitted *Pro Hac Vice*)
STINSON LLP
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 2006
Email: harvey.reiter@stinson.com
Phone: (202)728-3016
Fax: (202)572-9968

PLAINTIFFS' COUNSEL

## Certificate of Service

I hereby certify that on November 15, 2022, a copy of the foregoing document was filed electronically and served by overnight delivery to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by overnight delivery to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/Sheldon V. Toubman*
Sheldon V. Toubman