Civil- (Dec-2008)

HONORABLE: Michael P. Shea
DEPUTY CLERK J. Shafer    RPTR/ECRO/TAPE J. Monette
TOTAL TIME: 2 hours ___ minutes
DATE: 12-5-2022   START TIME: 10:06 am   END TIME: 12:06 pm
LUNCH RECESS   FROM: ___ TO: ___
RECESS (if more than ½ hr)   FROM: ___ TO: ___

CIVIL NO. 3:22-cv-988-MPS

Deborah Carr, et al.                              D. Dorfman & S. Toubman
                                                  Plaintiff's Counsel
vs
Xavier Becerra                                    M. McMahon & M. McConaghy
                                                  Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....# 44 Motion for Class Cert. & Appointment of Class Counsel   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ .....# ___ Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion ___   ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ___ ☐ Proposed Findings due ___ Response due ___
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___   ☐ filed ☐ docketed
☐ ............ ___ Hearing continued until ___ at ___

Notes: Named plaintiffs and out of state counsel observed via video-conference.