UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH CARR, BRENDA MOORE, MARY ELLEN WILSON, MARY SHAW, and CAROL KATZ, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Civil Action No. 3:22-cv-988 (MPS)<br><br>CLASS ACTION REQUESTED<br><br>December 30, 2022 |

**NOTICE OF PASSAGE OF LEGISLATION AFFECTING CONTINUOUS MEDICAID COVERAGE UNDER THE FAMILIES FIRST CORONAVIRUS RESPONSE ACT**

Plaintiffs file this notice to advise the Court of legislation signed by President Joseph R. Biden yesterday relevant to this case. Specifically, Section 5131 of the Consolidated Appropriations Act, 2023, Division FF, title V, subtitle D, at pages 3771-82, (H.R. 2617, available at C:\Users\CB47108\AppData\Local\Temp\H2617_~1 (house.gov) ) establishes a March 31, 2023 termination date for the full continuous enrollment protections in Section 6008 of the Families First Coronavirus Response Act (FFCRA). It also creates a transition period and extends the enhanced federal match provisions beyond March, 2023, in recognition that most ineligible individuals will be kept on for many months even after the end of the current FFCRA protections, with the enhanced federal match percentage slowly dropping per quarter, from 6.2% down to 1.5%, until it ends completely on December 31, 2023.

As discussed in the parties' supplemental briefing regarding Plaintiffs' request for a

nationwide preliminary injunction, even under the FFCRA, after the public health emergency ends, states must conduct a thorough review process before terminating anyone from Medicaid coverage, a process that will take up to twelve months to initiate. Defendant's Supplemental Brief at 8 n. 3 (ECF #85); Plaintiffs' Response to Defendant's Supplemental Brief at 9 (ECF #93). The Center for Medicare and Medicaid Services (CMS) had instructed states that the comprehensive review process must include reassessing each individual for eligibility under their existing Medicaid category, and any other Medicaid category, and, if not eligible, providing them with a due process-compliant notice of the finding with the right to continued benefits pending appeal.  *See* CMS "Ending Coverage in the Optional COVID-19 Group Preparing States for the End of the Public Health Emergency" (October 2022), ppt. at slides 8-16, *available at* [Ending Coverage in the Optional COVID-19 Group (medicaid.gov)](). *See also* 42 C.F.R. § 435.930(b) (state Medicaid agency must "continue to furnish Medicaid regularly to all eligible individuals until they are found to be ineligible*"*). CMS also encouraged states to take the full twelve months to conduct these reviews, stating that this is satisfied as long as redeterminations are *initiated* within the 12 months and *completed* within 14 months, and to evenly divide the number of reviews each month to avoid overwhelming the system and to assure that redeterminations are evenly distributed across months in future years. *See* CMS Dear State Health Official letter, # SHO# 22-001 (March 3, 2022), at 3-4, 7, 31-32, available at [sho22001.pdf (medicaid.gov)]().  This process is not changed by the new law, though, through its extended enhanced payments during the transition period, the new law encourages states to take at least nine months to conduct their comprehensive reviews, and conditions these payments on the states methodically completing full redeterminations for all affected individuals prior to terminating Medicaid coverage.

It is clear from the detailed requirements related to unwinding from the public health emergency that most people protected from termination under the FFCRA will stay on Medicaid for many months beyond March 31, 2023 -- on average around seven months in a state taking the full fourteen months to complete the reviews.  Plaintiffs also note that there is a real benefit to class members from restoration for **any** period of time: while putting someone back on Medicaid is straightforward, cutting them off involves the elaborate process laid out by CMS.  These new reviews will reveal any changed circumstances rendering them newly eligible and may result in a determination that an error was made when the person was terminated previously.

DATED:  December 30, 2022

Respectfully Submitted,

/s/Sheldon V. Toubman
SHELDON V. TOUBMAN
Fed Bar No. ct08533
Phone: (475)345-3169
E-mail: sheldon.toubman@disrightsct.org
DEBORAH A. DORFMAN (Admitted *Pro Hac Vice*)
CT Juris No. 442946
Phone: (860)469-4463
E-mail: deborah.dorfman@disrightsct.org
Disability Rights Connecticut
846 Wethersfield Avenue
Hartford, CT 06114

CAROL A. WONG (Admitted *Pro Hac Vice*)
DC Bar No. 1035086
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1995
E-mail: cwong@justiceinaging.org
REGAN BAILEY (Admitted *Pro Hac Vice*)
DC Bar No. 465677
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005

Phone: (202) 683-1990
E-mail: rbailey@justiceinaging.org

JANE PERKINS (Admitted *Pro Hac Vice*)
NC Bar No. 9993
CA Bar No. 104784
Email: perkins@healthlaw.org
MIRIAM HEARD (Admitted *Pro Hac Vice*)
NC Bar. No. 39747
Email: heard@healthlaw.org
National Health Law Program
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
Phone: (984) 278-7661

HARVEY L. REITER (Admitted *Pro Hac Vice*)
STINSON LLP
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 2006
Email: harvey.reiter@stinson.com
Phone: (202)728-3016
Fax: (202)572-9968

PLAINTIFFS' COUNSEL

**Certificate of Service**

I hereby certify that on December 30, 2022, a copy of the foregoing document was filed electronically and served by overnight delivery to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by overnight delivery to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/Sheldon V. Toubman*
Sheldon V. Toubman