## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DEBORAH CARR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | Case No. 3:22-cv-00988 (MPS)<br><br><br><br>December 13, 2023 |

## JOINT STATUS REPORT

Pursuant to the Court's October 18, 2023, minute order, the Parties hereby submit the following joint status report:

1. This case concerns a challenge to an Interim Final Rule ("IFR") interpreting Section 6008(b)(3) of the Families First Coronavirus Response Act ("FFCRA"). Under FFCRA § 6008(a), states could qualify for a 6.2 percentage point increase in the Federal Medical Assistance Percentage ("FMAP") during the "public health emergency" as long as they met certain conditions. As relevant here, section 6008(b)(3) provides that a state would not qualify for the enhanced federal reimbursements if "the State fails to provide that an individual who is enrolled for benefits under such plan (or waiver)" on or after March 18, 2020 "shall be treated as eligible for such benefits through the end of the month in which such emergency period ends unless the individual requests a voluntary termination of eligibility or the individual ceases to be a resident of the State." FFCRA § 6008(b)(3).

2. On November 6, 2020, the Centers for Medicare & Medicaid Services ("CMS") promulgated an IFR under which states were allowed or required to modify a Medicaid recipient's level of benefits, subject to certain limitations, and still qualify for the FMAP increase. *See* Additional

Policy and Regulatory Revisions in Response to the COVID-19 Public Health Emergency, 85 FR 71142-01, 71162.

3. On August 3, 2022, Plaintiffs—three Medicaid beneficiaries—filed this suit, alleging that the IFR violated the Administrative Procedure Act ("APA") and seeking a preliminary injunction and a temporary restraining order. ECF No. 1. On August 26, 2022, Plaintiffs filed an Amended Complaint that added two new Plaintiffs and a motion for class certification. ECF Nos. 43, 44.

4. On November 7, 2022, the Court granted in part Plaintiffs' motion for a preliminary injunction, enjoining the application of the IFR to the five named Plaintiffs. ECF No. 77.

5. On December 29, 2022, Congress passed the Consolidated Appropriations Act, 2023, which amended the FFCRA so that the conditions set forth in Section 6008(b)(3) would end on March 31, 2023. Consolidated Appropriations Act, 2023, Pub. L. No. 117-328, Division FF, Title V, Subtitle D, § 5131, 136 Stat. 4459 (available at https://www.congress.gov/bill/117th-congress/house-bill/2617/text). On January 31, 2023, the Court granted in part Plaintiffs' motion for class certification and entered a class-wide preliminary injunction that expired on March 31, 2023. ECF No. 100.

6. The Parties have reached an agreement in principle for final resolution of the entire case, including Plaintiffs' request for attorneys' fees. However, the Parties need additional time to finalize the agreement and to seek court approval of the agreement under Federal Rule of Civil Procedure 23.

7. The Parties propose filing another joint status report on or before February 6, 2024, if the case has not been dismissed by then.

Dated:  December 13, 2023                          Respectfully submitted,

                                                   s/Sheldon V. Toubman
                                                   SHELDON V. TOUBMAN
                                                   Fed Bar No. ct08533
                                                   Phone: (475)345-3169
                                                   E-mail: sheldon.toubman@disrightsct.org

2

DEBORAH A. DORFMAN (Admitted *Pro Hac Vice*)
CT Juris No. 442946
Phone: (860)469-4463
E-mail: deborah.dorfman@disrightsct.org
Disability Rights Connecticut
846 Wethersfield Avenue
Hartford, CT 06114

CAROL A. WONG (Admitted *Pro Hac Vice*)
DC Bar No. 1035086
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1995
E-mail: cwong@justiceinaging.org
REGAN BAILEY (Admitted *Pro Hac Vice*)
DC Bar No. 465677
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1990
E-mail: rbailey@justiceinaging.org

JANE PERKINS (Admitted *Pro Hac Vice*)
NC Bar No. 9993
CA Bar No. 104784
Email: perkins@healthlaw.org
MIRIAM HEARD (Admitted *Pro Hac Vice*)
NC Bar. No. 39747
Email: heard@healthlaw.org
National Health Law Program
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
Phone: (984) 278-7661

HARVEY L. REITER (Admitted *Pro Hac Vice*)
STINSON LLP
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 2006
Email: harvey.reiter@stinson.com
Phone: (202)728-3016
Fax: (202)572-9968

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

MICHELLE R. BENNETT
*Assistant Branch Director*

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendant*

**Certificate of Service**

I hereby certify that on December 13, 2023, a copy of the foregoing document was filed electronically and served by overnight delivery to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by overnight delivery to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/Sheldon V. Toubman*
Sheldon V. Toubman