## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH CARR, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 3:22-cv-00988 (MPS) |
| XAVIER BECERRA, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | Class Action |
| Defendant. | April 5, 2024 |

### MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT, NOTICE TO CLASS MEMBERS, POSSIBLE SCHEDULING OF FAIRNESS HEARING, AND FINAL APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs, on behalf of themselves and all others similarly situated ("Plaintiffs"), and Defendant Xavier Becerra, in his official capacity (collectively, "the Parties"), by and through undersigned counsel, timely submit this joint motion, pursuant to Fed. R. Civ. P. 23(e), for Preliminary Approval of Settlement Agreement, Notice to Class Members, Possible Scheduling of Fairness Hearing, and Final Approval of Settlement Agreement. The Parties jointly request the following:

1.      That the Court determine as a preliminary matter that the Settlement Agreement, including the voluntary dismissal with prejudice and payment of attorneys' fees provided there, appears to be fair, reasonable, and adequate;

2.     That, consistent with Fed. R. Civ. P 23(e), this Court order Notice to Class members of the proposed Settlement Agreement in the manner shown in the Notice and Publication Plan (Exhibit C to Supporting Memorandum);

3.     That, if the Court determines that a settlement fairness hearing is required, the Court set this matter for a fairness hearing on a date at least eight weeks after the date of preliminary approval of the Settlement Agreement;

4.     That, following the review of any objections and after conducting any required hearing, this Court fully approve this Settlement Agreement pursuant to Fed. R. Civ. P. 23(e) and (h); and

5.     That this Court, at the appropriate time, pursuant to the terms of the approved Settlement Agreement, enter an order of dismissal with prejudice.

In support of this motion, the Parties respectfully refer the Court to the Supporting Memorandum of Law which is filed with this Motion and the Exhibits to same, along with a proposed Order preliminarily approving the Settlement Agreement.

Respectfully submitted, this 5th day of April, 2024.


*/s/Sheldon V. Toubman*
SHELDON V. TOUBMAN
Fed Bar No. ct08533
Phone: (475)345-3169
E-mail:
sheldon.toubman@disrightsct.org
DEBORAH A. DORFMAN
(Admitted *Pro Hac Vice*)
CT Juris No. 442946
Phone: (860)469-4463
E-mail:
deborah.dorfman@disrightsct.org
Disability Rights Connecticut
846 Wethersfield Avenue

Hartford, CT 06114

CAROL A. WONG (Admitted *Pro Hac Vice*)
DC Bar No. 1035086
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1995
E-mail: cwong@justiceinaging.org
REGAN BAILEY (Admitted *Pro Hac Vice*)
DC Bar No. 465677
Justice in Aging
1444 I Street, NW, Suite 1100
Washington, DC  20005
Phone: (202) 683-1990
E-mail: rbailey@justiceinaging.org

JANE PERKINS (Admitted *Pro Hac Vice*)
NC Bar No. 9993
CA Bar No. 104784
Email: perkins@healthlaw.org
MIRIAM HEARD (Admitted *Pro Hac Vice*)
NC Bar. No. 39747
Email: heard@healthlaw.org
National Health Law Program
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
Phone: (984) 278-7661

HARVEY L. REITER (Admitted *Pro Hac Vice*)
STINSON LLP
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 2006
Email: harvey.reiter@stinson.com
Phone: (202)728-3016
Fax: (202)572-9968

***Counsel for Plaintiffs***

3

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney*
*General*

MICHELLE R. BENNETT
*Assistant Branch Director*

*/s/ Madeline M. McMahon*
*M*ADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email:
madeline.m.mcmahon@usdoj.gov

**Counsel for Defendant**

**Certificate of Service**

I hereby certify that this 5th day of April, 2024, a copy of the foregoing document was filed electronically and served by overnight delivery to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by overnight delivery to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/Sheldon V. Toubman*
Sheldon V. Toubman